IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADAM TRUBOW and
PATRICK MCBRIDE,

    Plaintiffs,

v.                                          Civ. No. 20-1248 KG/KK

DAVID C. KRAMER, Assistant Attorney General,
sued in his individual capacity for damages;
KENNETH C. OWENS, Assistant Attorney General,
sued in his individual capacity for damages;
LORI CHAVEZ, Assistant Attorney General,
sued in her individual capacity for damages;
LYN CARTER, Chief Investigator for the
New Mexico Real Estate Commission,
sued in his individual capacity for damages;
WAYNE CIDDIO, Executive Secretary of the
New Mexico Real Estate Commission,
sued in his individual capacity for damages and
his official capacity for equitable relief;
GRETCHEN KOETHER, President of the
New Mexico Real Estate Commission,
sued in her official capacity for equitable relief;
BILL DAVIS, Vice President of the
New Mexico Real Estate Commission,
sued in his official capacity for equitable relief;
GREG L. FOLTZ, Secretary of the
New Mexico Real Estate Commission,
sued in his official capacity for equitable relief;
KURSTIN JOHNSON, Member of the
New Mexico Real Estate Commission,
sued in her official capacity for equitable relief;
LINDSAY ROLLINS, Public Member of the
New Mexico Real Estate Commission,
sued in his official capacity for equitable relief;

    Defendants.

ORDER STAYING CASE

The Defendants request that this Court abstain from action on this case until the collateral action in state court reaches resolution, and the Plaintiffs agree.  *See* (Docs. 47, 48, 50).  While the parties may disagree about which abstention doctrine or doctrines apply, each party affirmatively requests that the Court abstain pending resolution of the state court proceeding.  The Court hereby grants that request and STAYS this case, in its entirety, pending resolution of the state court proceeding.

The pending motions (Docs. 47, 49, 50) are denied without prejudice at this time, and any Defendant may request reinstatement of the motions if appropriate after the state court proceeding concludes.  Furthermore, the Court will not allow additional briefing on these motions.

Finally, the parties will submit a joint status report on progress of the state court proceeding on September 30, 2022, and every 180 days thereafter until the state court proceeding resolves.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE