IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADAM TRUBOW and
PATRICK MCBRIDE,

    Plaintiffs,

v.                                                                                                        Civ. No. 20-1248 KG/KK

DAVID C. KRAMER, Assistant Attorney General,
sued in his individual capacity for damages;
KENNETH C. OWENS, Assistant Attorney General,
sued in his individual capacity for damages;
LORI CHAVEZ, Assistant Attorney General,
sued in her individual capacity for damages;
LYN CARTER, Chief Investigator for the
New Mexico Real Estate Commission,
sued in his individual capacity for damages;
WAYNE CIDDIO, Executive Secretary of the
New Mexico Real Estate Commission,
sued in his individual capacity for damages and
his official capacity for equitable relief;
GRETCHEN KOETHER, President of the
New Mexico Real Estate Commission,
sued in her official capacity for equitable relief;
BILL DAVIS, Vice President of the
New Mexico Real Estate Commission,
sued in his official capacity for equitable relief;
GREG L. FOLTZ, Secretary of the
New Mexico Real Estate Commission,
sued in his official capacity for equitable relief;
KURSTIN JOHNSON, Member of the
New Mexico Real Estate Commission,
sued in her official capacity for equitable relief;
LINDSAY ROLLINS, Public Member of the
New Mexico Real Estate Commission,
sued in his official capacity for equitable relief;

    Defendants.

ORDER EXTENDING STAY

The parties submitted a Joint Status Report on September 26, 2022, indicating that the collateral state case, *Trubow v. NM Real Estate Commission*, is now pending before the New Mexico Supreme Court. (Doc. 69). In light of the ongoing state court proceedings, and for the reasons previously articulated, (Doc. 66), the Court finds good cause to extend the stay pending resolution of the state court proceedings.

The parties will submit a joint status report on progress of the state court proceedings on March 30, 2023, and every 180 days thereafter until the state court proceeding resolves.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE